

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-17-00035-CV

| | | |
|---|---|---|
| Scott A. Miller | § | From the 236th District Court |
| v. | § | of Tarrant County (236-281183-15) |
| | § | February 15, 2018 |
| Jeremy J. Walker, d/b/a Maverick Wealth Management | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is reversed and rendered in part and is affirmed in part. We reverse the part of the trial court's judgment vacating the attorneys'-fees portion of the arbitration award and render judgment confirming that portion of the award. We affirm the part of the trial court's judgment confirming the remainder of the arbitration award.

It is further ordered that Appellee Jeremy J. Walker, d/b/a Maverick Wealth Management shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier